USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/10/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDERPAL SINGH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>YUHE INTERNATIONAL, INC., GAO ZHENTAO, HU GANG, JIANG YINGJUN, PETER LI, LIU YAOJUN, GREG HUETT, HAN CHENGXIANG, CHILD VAN WAGONER & BRADSHAW, PLLC, ROTH CAPITAL PARTNERS, LLC, RODMAN & RENHAW, LLC, and BREAN, MURRAY, CARRET & CO.<br><br>Defendants. | 11 CIV 4526 (JGK)<br><br>ECF CASE |

## STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Plaintiff Inderpal Singh ("Plaintiff"), defendant Yuhe International, Inc. ("Yuhe" or the "Company") and defendant Child Van Wagoner & Bradshaw, PLLC, by and through their counsel, jointly submit the following Stipulation and [Proposed] Order Extending Time to Respond to the Complaint.

WHEREAS, on July 1, 2011, Plaintiff filed the above-captioned Class Action Complaint for Violations of the Federal Securities Laws against the Company, certain of its officers and directors, the underwriters for the Company's securities offerings, and the Company's independent auditor (the "Action");

WHEREAS, two other similar federal class action complaints have also

been filed against the Company and certain of the same individual defendants in other jurisdictions. These actions are captioned *Wilson v. Yuhe International, Inc. et al.*, Case No. 1:11-cv-22305-PAS, filed on June 24, 2011 in the Southern District of Florida, and *Feyko v. Yuhe International, Inc. et al.*, Case No. 2:11-cv-5511-DDP-PJW, filed on July 1, 2011 in the Central District of California;

WHEREAS, these three actions arise from similar facts, are brought on behalf of the Company's investors, and all allege violations of the federal securities laws based on similar conduct;

WHEREAS, the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.*, prescribes a process for the appointment of Lead Plaintiff and approval of Lead Counsel to represent the class;

WHEREAS, the parties anticipate that a consolidated amended complaint will be filed following the appointment of the Lead Plaintiff;

IT IS SO STIPULATED that none of the defendants need to respond to the initial complaint filed in the Action, and once a Lead Plaintiff has been appointed, the parties will submit either a joint or separate proposed schedule(s) regarding the filing of a consolidated amended complaint and the defendants' responses thereto.

Dated:   New York, New York
         August 5, 2011

**SIGNED BY:**

*Cecilia Y. Chan*   8/5/11
SIDLEY AUSTIN LLP
A. Robert Pietrzak
rpietrzak@sidley.com
Joel M. Mitnick
jmitnick@sidley.com
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Sara B. Brody (*pro hac* application to be submitted)
sbrody@sidley.com
Cecilia Y. Chan
cecilia.chan@sidley.com
555 California Street
San Francisco, CA 94104

*Attorneys for Defendant Yuhe International, Inc.*


DUANE MORRIS LLP
Marvin Pickholz
mgpickholz@duanemorris.com
Anthony J. Costantini
ajcostantini@duanemorris.com
Suzan Jo
sjo@duanemorris.com
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000
Fax: +1 212 692 1020

*Attorneys for Child Van Wagoner & Bradshaw, PLLC*

*Roy L. Jacobs* /s/ 8/5/11

**ROY JACOBS & ASSOCIATES**
Roy L. Jacobs
Jacobs@jacobsclasslaw.com
60 E. 42nd Street, 46th Floor
New York, NY 10165
(212) 867-1156

**BERMAN DEVALERIO**
Jeffrey Block
jblock@bermandevalerio.com
Nathaniel Orenstein
norenstein@bermandevalerio.com
One Liberty Square
Boston, MA 02109
(617) 542-8300

*Attorneys for Plaintiff Inderpal Singh*

SO ORDERED:

/s/ John G. Koeltl

U.S. DISTRICT COURT JUDGE

DATED:   NEW YORK, NY
         8/9, 2011