UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
INDERPAL SINGH, Individually, and On Behalf of All : 
Others Similarly Situated,                           :   C.A. No. 1:11-cv-04526-JGK
                                                     :
           Plaintiff,                                :   CLASS ACTION
                                                     :
     -against-                                       :
                                                     :
YUHE INTERNATIONAL, INC., GAO ZHENTAO,               :   **NOTICE OF CHANGE OF**
HU GANG, JIANG YINGJUN, PETER LI, LIU                :   **FIRM ADDRESS**
YAOJUN, GREG HUETT, HAN CHENGXIANG,                  :
CHILD VAN WAGONER & BRADSHAW, PLLC,                  :
ROTH CAPITAL PARTNERS, LLC, RODMAN &                 :
RENSHAW, LLC, and BREAN, MURRAY, CARRET              :
& CO.                                                :
                                                     :
           Defendants.                               :
------------------------------------------------------------x

    PLEASE TAKE NOTICE that, effective September 12, 2011, Wilk Auslander LLP will move to a new location. All motions, notices, briefs, letters, memoranda, and other papers in the above-captioned matter that otherwise would be served on or sent to Wilk Auslander LLP at 675 Third Avenue, 9th Floor, New York, New York 10017 (or an individual attorney at the firm) should in the future be served on or sent to:

        Wilk Auslander LLP
        1515 Broadway, 43rd Floor
        New York, New York 10036

    Wilk Auslander LLP e-mail addresses and phone numbers have not been affected by this change. Please update your records, effective September 12, 2011, accordingly.

542218v1

Dated: New York, New York
   August 19, 2011

              WILK AUSLANDER

              By: _/s/ Natalie Shkolnik_
              Jay S. Auslander (JA-5866)
              Natalie Shkolnik (NS-0880)
            675 Third Avenue
            New York, New York 10017
            (212) 421-2233

            *Attorneys for Defendant Rodman & Renshaw, LLC*

542218v1