```
                                              USDC SDNY
                                              DOCUMENT
UNITED STATES DISTRICT COURT                  ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                 DOC# _____
- - - - - - - - - - - - - - - - - - - - - X  DATE FILED: 8/29/11
INDERPAL SINGH, Individually and On         :
Behalf of All Others Similarly Situated.    :
                                            :  No. 11-CIV-4526 (JGK)
                    Plaintiff,              :
                                            :
        v.                                  :
                                            :  ECF CASE
YUHE INTERNATIONAL, INC., GAO               :
ZHENTAO, HU GANG, JIANG YINGJUN,            :
PETER LI, LIU YAOJIN, GREG HUETT,           :
HAN CHENGXIANG, CHILD VAN                   :
WAGONER & BRADSHAW, PLLC, ROTH              :
CAPITAL PARTNERS. LLC, RODMAN &             :
                                            :
                    Defendant.              :
- - - - - - - - - - - - - - - - - - - - - X
```

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Plaintiff Inderpal Singh ("Plaintiff") and defendant Roth Capital Partners, LLC ("Roth"), jointly submit the following Stipulation and [Proposed] Order Extending Time to Respond to the Complaint.

WHEREAS, on July 1, 2011, Plaintiff filed the above-captioned Class Action Complaint for Violations of the Federal Securities Laws against Yuhe International, Inc. ("Yuhe" or the "Company"), certain of its officers and directors, the underwriters for the Company's securities offerings, and the Company's independent auditor (the "Action");

WHEREAS, two other similar federal class action complaints have also been filed against the Company and certain of the same individual defendants in other jurisdictions. These actions are captioned <u>Wilson v. Yuhe International, Inc. et al.</u>, Case No. 1:11-cv-22305-PAS, filed on June 24, 2011 in the Southern District of Florida, and <u>Feyko v. Yuhe International, Inc. et al.</u>,

Case No. 2:11-cv-5511-DDP-PJW, filed on July 1, 2011 in the Central District of California;

WHEREAS, these three actions arise from similar facts, are brought on behalf of the Company's investors, and all allege violations of the federal securities laws based on similar conduct;

WHEREAS, the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 et seq., prescribes a process for the appointment of Lead Plaintiff and approval of Lead Counsel to represent the class;

WHEREAS, the parties anticipate that a consolidated amended complaint will be filed following the appointment of the Lead Plaintiff;

WHEREAS, on August 10, 2011, the Court granted the stipulation entered into by Plaintiff, Yuhe and defendant Child Van Wagoner & Bradshaw, PLLC ("Child Van Wagoner"), and entered an Order that Yuhe and Child Van Wagoner need not respond to the initial complaint filed in the Action, and once a Lead Plaintiff has been appointed, the parties will submit either a joint or separate proposed schedule(s) regarding the filing of a consolidated amended complaint and the defendants' responses thereto;

IT IS SO STIPULATED that Roth does not need to respond to the initial complaint filed in the Action, and once a Lead Plaintiff has been appointed, the parties will submit either a joint or separate proposed schedule(s) regarding the filing of a consolidated amended complaint and the defendants' responses thereto.

Dated: New York, New York
August 22, 2011

                        **STROOCK & STROOCK & LAVAN LLP**

                        James L. Bernard  /s/ 8/22/11
                        James L. Bernard
                        jbernard@stroock.com
                        180 Maiden Lane
                        New York, New York 10038
                        (212) 806-5684

                        *Attorneys for Defendant Roth Capital Partners, LLC*


                        **ROY JACOBS & ASSOCIATES**

                        Roy L. Jacobs  /s/ 8/22/11
                        Roy L. Jacobs
                        Jacobs@jacobslaw.com
                        60 E. 42nd Street, 46th Floor
                        New York, New York 10165
                        (212) 867-1156

                        **BERMAN DEVALERIO**
                        Jeffrey Block
                        jblock@bermandevalerio.com
                        Nathaniel Orenstein
                        norenstein@bermandevalerio.com
                        One Liberty Square Boston, MA 02109
                        (617) 542-8300

                        *Attorneys for Plaintiff Inderpal Singh*


SO ORDERED on the 28 day of August 2011

/s/ John G. Koeltl
Hon. John G. Koetl, U.S.D.J.