**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| INDERPAL SINGH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No.: 11-cv-4526 (JGK) <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | **NOTICE OF WITHDRAWAL BY DAIWU CHEN** |
| v. | |
| YUHE INTERNATIONAL, INC., GAO ZHENTAO, HU GANG, JIANG YINGJUN, PETER LI, LIU YAOJUN, GREG HUETT, HAN CHENGXIANG, CHILD VAN WAGONER & BRADSHAW, PLLC, ROTH CAPITAL PARTNERS, LLC, RODMAN & RENHAW, LLC, and BREAN, MURRAY, CARRET & CO. | |
| Defendant. | |

---------------------------------------------------------------X

1

**PLEASE TAKE NOTICE** that lead plaintiff movant Daiwu Chen, having reviewed the competing lead plaintiff motion papers, does not appear to be the movant with the largest financial interest in this litigation. aAd Partners LP ("aAd Partners") appears to have the largest financial interest and has otherwise satisfied the requirements of Rule 23. Therefore, Mr. Chen supports aAd Partners appointment.

Therefore, Mr. Chen hereby withdraws his motion for appointment as lead plaintiff and approval of his selection of lead counsel, docket no. 17. This withdrawal is made without prejudice to Mr. Chen's rights to participate in this action: (a) as a member of the proposed class and to share in any settlement or recovery; and/or (b) as a representative plaintiff, if the need arises.

Dated: September 2, 2011                        Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

_____/s/ Phillip Kim_____
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

## **CERTIFICATE OF SERVICE**

I hereby certify that on this, the 2nd day of September, 2011, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Phillip Kim