UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __9-15-11__

---

INDERPAL SINGH, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

v.

YUHE INTERNATIONAL, INC., GAO ZHENTAO, HU GANG, JIANG YINGJUN, PETER LI, LIU YAOJUN, GREG HUETT, HAN CHENGXIANG, CHILD VAN WAGONER & BRADSHAW, PLLC, ROTH CAPITAL PARTNERS, LLC, RODMAN & RENHAW, LLC, and BREAN, MURRAY, CARRET & CO.

    Defendants.

11 CIV 4526 (JGK)

ECF CASE

STIPULATION AND [PROPOSED] ORDER VACATING PRETRIAL CONFERENCE SET FOR SEPTEMBER 19, 2011

---

### STIPULATION AND [PROPOSED] ORDER VACATING PRETRIAL CONFERENCE SET FOR SEPTEMBER 19, 2011

Plaintiff Inderpal Singh ("Plaintiff"), defendant Yuhe International, Inc. ("Yuhe" or the "Company"), defendant Child Van Wagoner & Bradshaw, PLLC, defendant Rodman & Renshaw, LLC ("Rodman"), and defendant Roth Capital Partners, LLC, by and through their counsel, jointly submit the following Stipulation and [Proposed] Order Vacating Pretrial Conference Set for September 19, 2011.

WHEREAS, on July 1, 2011, Plaintiff filed the above-captioned Class Action Complaint for Violations of the Federal Securities Laws against the Company, certain of its officers and directors, the underwriters for the Company's securities offerings, and the Company's independent auditor (the "Action");

WHEREAS, two other similar federal class action complaints have also been filed against the Company and certain of the same individual defendants in other jurisdictions. These actions are captioned *Wilson v. Yuhe International, Inc. et al.*, Case No. 1:11-cv-22305-PAS, filed on June 24, 2011 in the Southern District of Florida, and *Feyko v. Yuhe International, Inc. et al.*, Case No. 2:11-cv-5511-DDP-PJW, filed on July 1, 2011 in the Central District of California;

WHEREAS, these three actions arise from similar facts, are brought on behalf of the Company's investors, and all allege violations of the federal securities laws based on similar conduct;

WHEREAS, on August 3, 2011, this Court issued an order setting a pretrial conference to be held in this Action on September 19, 2011;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.*, four plaintiffs have filed, in all three actions, motions for appointment as Lead Plaintiff and approval of Lead Counsel to represent the class, and these motions are in the process of being briefed;

WHEREAS, a hearing on the Lead Plaintiff motions is currently set in the *Feyko v. Yuhe International, Inc. et al.* action pending in the Central District of California on September 26, 2011;

WHEREAS, the parties anticipate that a consolidated amended complaint will be filed following the appointment of the Lead Plaintiff;

WHEREAS, in light of the foregoing, the parties agree that in the interest of judicial economy, the pretrial conference set on September 19, 2011 in this Court should be continued;

WHEREAS, the parties further agree to submit a status report to update the Court following the hearing on the Lead Plaintiff's motion scheduled for September 26, 2011 in the Central District of California;

IT IS SO STIPULATED that the pretrial conference set on September 19, 2011 in this Court shall be continued *sine die*.

Dated:     New York, New York
           September 14, 2011

SIGNED BY:

*[signature]*

**SIDLEY AUSTIN LLP**
A. Robert Pietrzak
rpietrzak@sidley.com
Joel M. Mitnick
jmitnick@sidley.com
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Sara B. Brody (*pro hac* application to be submitted)
sbrody@sidley.com
Cecilia Y. Chan
cecilia.chan@sidley.com
555 California Street
San Francisco, CA 94104

*Attorneys for Defendant Yuhe International, Inc.*

SO ORDERED:

*[signature]*
U.S.D.J.

*Suzan Jo / CYC*

**DUANE MORRIS LLP**
Marvin Pickholz
mgpickholz@duanemorris.com
Anthony J. Costantini
ajcostantini@duanemorris.com
Suzan Jo
sjo@duanemorris.com
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000
Fax: +1 212 692 1020

*Attorneys for Child Van Wagoner & Bradshaw, PLLC*

**WILK AUSLANDER**
Jay S. Auslander
jauslander@wilkauslander.com
Natalie Shkolnik
nshkolnik@silkauslander.com
Julie Cilia
jcilia@wilkauslander.com
(212) 421-2233

*Attorneys for Defendant Rodman & Renshaw, LLC*

**STROOCK & STROOCK & LAVAN LLP**
James Bernhard
jbernard@stroock.com
180 Maiden Lane
New York, NY 10038
(212) 806-5684

*Attorneys for Roth Capital Partners, LLC*

---

**DUANE MORRIS LLP**
Marvin Pickholz
mgpickholz@duanemorris.com
Anthony J. Costantini
ajcostantini@duanemorris.com
Suzan Jo
sjo@duanemorris.com
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000
Fax: +1 212 692 1020

*Attorneys for Child Van Wagoner & Bradshaw, PLLC*

---

**WILK AUSLANDER**
Jay S. Auslander
jauslander@wilkauslander.com
Natalie Shkolnik
nshkolnik@silkauslander.com
Julie Cilia
jcilia@wilkauslander.com
(212) 421-2233

*Attorneys for Defendant Rodman & Renshaw, LLC*

---

*James Bernard* /s/ 9/13/2011

**STROOCK & STROOCK & LAVAN LLP**
James Bernhard
jbernard@stroock.com
180 Maiden Lane
New York, NY 10038
(212) 806-5684

*Attorneys for Roth Capital Partners, LLC*

*Roy J. Jacobs/wo*

**ROY JACOBS & ASSOCIATES**
Roy L. Jacobs
Jacobs@jacobsclasslaw.com
60 E. 42nd Street, 46th Floor
New York, NY 10165
(212) 867-1156

**BERMAN DEVALERIO**
Jeffrey Block
jblock@bermandevalerio.com
Nathaniel Orenstein
norenstein@bermandevalerio.com
One Liberty Square
Boston, MA 02109
(617) 542-8300

*Attorneys for Plaintiff Inderpal Singh*

**SO ORDERED:**

_____
**U.S. DISTRICT COURT JUDGE**

DATED: NEW YORK, NY
_____, 2011