UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
INDERPAL SINGH,

                    Plaintiff(s),

      -against-

YUHE INTERNATIONAL,

                    Defendant(s).
------------------------------------------------------X

**NOTICE OF ORAL ARGUMENT**

11 civ 4526 (JGK)

To All Parties,

    You are directed to appear for oral argument on the pending motion(s), to be held on **Thursday, October 20, 2011 at 10:30am** in Courtroom 12B, in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                                            Don Fletcher
                                                  Courtroom Case Manager

Dated: New York, New York
         October 12, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/2011