UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDERPAL SINGH, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>YUHE INTERNATIONAL, INC., GAO ZHENTAO, HU GANG, JIANG YINGJUN, PETER LI, LIU YAOJUN, GREG HUETT, HAN CHENGXIANG, CHILD VAN WAGONER, & BRADSHAW, PLLC, ROTH CAPITAL PARTNERS, LLC, RODMAN & RENHAW, LLC, and BREAN, MURRAY, CARRET & CO.,<br><br>　　　　　　Defendants. | Civil Action No. 11-CV-4526-JGK<br><br>ECF CASE |

## NOTICE OF APPEARANCE OF PATRICK T. EGAN

To the Clerk of Court and All Parties of Record:

　　Please enter my appearance in this case as counsel for Plaintiff Inderpal Singh relating to the action of *Inderpal Singh v. Yuhe International, Inc. et al.,* 11-cv-4526 (JGK).

　　I certify that I am admitted to practice in this Court.

　　　　　　　　　　　　　　　　　　　　BERMAN DEVALERIO

Dated: October 18, 2011　　　　　　By: /s/ Patrick T. Egan
　　　　　　　　　　　　　　　　　　Patrick T. Egan (PTE 6812)
　　　　　　　　　　　　　　　　　　One Liberty Square
　　　　　　　　　　　　　　　　　　Boston, MA  02109
　　　　　　　　　　　　　　　　　　617-542-8300 (telephone)
　　　　　　　　　　　　　　　　　　617-542-1194 (fax)
　　　　　　　　　　　　　　　　　　pegan@bermandevalerio.com

　　　　　　　　　　　　　　　　　　*Counsel for Inderpal Singh*