USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 10/20/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDERPAL SINGH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>YUHE INTERNATIONAL, INC., GAO ZHENTAO, HU GANG, JIANG YINGJUN, PETER LI, LIU YAOJUN, GREG HUETT, HAN CHENGXIANG, CHILD VAN WAGONER, & BRADSHAW, PLLC, ROTH CAPITAL PARTNERS, LLC, RODMAN & RENHAW, LLC, and BREAN, MURRAY, CARRET & CO.,<br><br>Defendants. | Civil Action No. 11-CV-4526-JGK |

## NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Inderpal Singh ("Singh"), by his counsel, hereby voluntarily dismisses the above captioned action.

WHEREAS, Plaintiff Singh filed the above putative class action on behalf of purchasers of Yuhe International, Inc. securities;

WHEREAS, no defendant in this action has answered the complaint or filed a motion for summary judgment;

WHEREAS, a class has not been certified in this action;

WHEREAS, a factually similar securities class action has been filed and is currently pending in the Central District of California. *Feyco v. Yuhe Int'l. Inc.*, No. 2:11-cv-05511 (C.D.

Cal.). The claims asserted in this action shall proceed in California and without prejudice to Singh's participation as a member of any potential class in the California action;

WHEREAS, there was a hearing on the pending lead plaintiff motions in the *Feyco* case on October 17, 2011;

WHEREAS, this Court issued a Notice of Oral Argument set for Thursday, October 20, 2011 to address the pending lead plaintiff motions;

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Singh, by his counsel, hereby voluntarily dismisses the above captioned action without prejudice to his participation as a member of any potential class in the California action.

Dated: October 19, 2011                    Respectfully submitted,

                                           **BERMAN DEVALERIO**

                                    By:    /s/ Patrick T. Egan
                                           Patrick T. Egan (PTE 6812)
                                           Leslie R. Stern
                                           Nathaniel Orenstein
                                           One Liberty Square
                                           Boston, MA 02109
                                           617-542-8300 (telephone)
                                           617-542-1194 (fax)
                                           pegan@bermandevalerio.com
                                           lstern@bermandevalerio.com
                                           norenstein@bermandevalerio.com

                                           *Counsel for Inderpal Singh*

                                           **ROY JACOBS & ASSOCIATES**
                                           Roy L. Jacobs (a Member of the Bar of this Court)
                                           60 East 42nd Street, 46th Floor
                                           New York, NY 10165
                                           212-867-1156
                                           212-504-8343 (Fax)

                                           *Liaison Counsel*

*Handwritten annotation:* The Clerk is directed to close this case and to close all pending motions.

**SO ORDERED:**
/s/ G. Koeltl
U.S.D.J.
10/20/11